RECEIVED

NOV 08 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS
EASTERN DIVISION

EVRIN SHANARD L
DEBORIS WHITE

VS

VILLAGE OF FOREST PARK official capacity
VILLAGE OF FOREST PARK POLICE DEPARTMENT
KEN GROSS SUBSTITUTING CHIEF OF POLICE FOR JOHN DOES UNTIL PLAINTIFF FINDS OUT THERE NAMES
JOHN DOE in his individual capacity and official capacity
JOHN DOE in his individual capacity and official capacity
JOHN DOE in his individual capacity and official capacity
JOHN DOE in his individual capacity and official capacity
JOHN DOE in his individual capacity and official capacity
JANE DOE in his individual capacity and official capacity

CIVILNO: 24-cv-06111

AMENDED COMPLAINT
42 U.S.C. Ss 1983

NOW COMES ERVIN SHAMARD L brought this instant civil suit under 42 U.S.C. Ss 1983 for False , Arrest , Illegal detainment, prosecutorial misconduct.

JURISDICTION

Jurisdiction is invested in this court pursuant to 28 U.S.C. Ss 1334 & 28 U.S.C. 1343

VENUE

Venue is invested in court pursuant to 28 U.S.C. Ss 1391

PLAINTIFF

Plaintiff can receive all documents at the following address 248 S. Maywood Ave North Lake Illinois , 60164

**DEFENDANT'S**

**VILLAGE OF FOREST PARK 517 DES plaines Ave Forest park Illinois 60130**

**JOHN DOE 517 DES Plaines Ave Forest Park Illinois 60130**

**JOHN DOE 517 DES plaines Ave Forest Park Illinois 60130**

**JOHN DOE 517 DES plaines Ave Forest Park Illinois 60130**

**JOHN DOE 517 DES plaines Ave Forest park Illinois 60139**

**JOHN DOE 517 DES plaines Ave Forest park Illinois 60139**

**KEN GROSS 517 DES plaines ave Forest park Illinois 60139**

**Village of Forest park police department**
**517 DES spines Ave Forest park Illinois 60139**

**STATEMENT OF FACTS**

**On the above date of 6/8/24 the plaintiff ERVIN , SHANARD L and my passenger DEBORIS WHITE was driving down MADSON headed down 1st street head to the gas station .**

**The plaintiff was at the stop light and it was red so we couldn't go .**

**As soon as we crossed the railroad tracks I saw an unknown car coming my way fast without any sirens or blue light on .**

**The plaintiff's saw the blue lights come on and thought they had a call so I pulled over to my Right and the police vehicle pull right behind my car .**

**The Plaintiff states he noticed after pulling over that there were two police cars behind each other .**

**After Jane Doe ask me to let my windows down so she could see who was in the car .**

**Both parties complied with the officers orders**

**After this Jane Doe asked for license and insurance.**

**The plaintiff gave her the license and insurance. After that they went behind my car and came back and asked us both where are you going .**

**The plaintiff found that kind of strange, because he had given them everything they needed and myself and DEBORIS WHITE didn't have any warrant .**

**Jane Doe officer came back and was racial profiling asking questions that had nothing to do with the stop because Jane Doe had the license and insurance their was no probable cause to search or detain the plaintiff's.**

**The 4th Amendment states no warrant shall be issued but upon probable cause support by oath and affirmation describing the place to be searched or person to be seized .**

**The plaintiff's were seized pursuant to Terry vs Ohio based upon mere suspicion which doesn't constitute probable cause .**

**The Village of Forest Park has adopted a blanket policies which violates African American citizen rights and plaintiffs bring a false Arrest claim , illegal detainment and a malicious prosecution claim against Defendants because the violated clearly established constitutional mandates .**

**Every citizen has a right to be secure in the property , papers and effects and its clear these officers violated clearly established law.**

**The plaintiff's was not free to go on his on even after giving Jane Doe officer License and insurance.**

**The Officers didn't see the plaintiff committed any violation under the Illinois compiled statutes or any ordinance of this state .**

**The officers were racial motivated to violate the plaintiff's Due process Rights and Equal protection rights .**

**The 14th Amendment states No state shall deny to its citizen the Equal protection of the law , Nor deny to its citizen life , liberty or property.**

**The plaintiff states he was charged with two counts by Jane Doe officer and the remaining John Doe officer allowed this individual to violated clearly established law .**

**The plaintiff is suing The Village of Forest park for failure to properly train officers when it comes to racial discrimination.**

**The officer Ms charged the plaintiff with 625 ILCS 5/12-201A DRIVING W/O HEADLIGHT / CYC / 1&2ND ; 625 ILCS 5 / 11-601(B) DRIVING 21-25 MPH ABOVE LIMIT**

**DISPOSITION 1. 6/25/2024 NON- SUIT 2. 6/25/2024 NON -SUIT**

**BOTH CASE WAS DISMISSED BY THE JUDGE 6/25/24**

**The plaintiff DEBORIS WHITE was in my car and was secured and protected under the 14th but his due process rights and equal protection rights were violated by Jane Doe and the 5 John Does to the point plaintiff was in fear of his life .**

**The plaintiff has a civil suit in this forum for the same issues against another township .**

**The plaintiff white states he was a passenger in the vehicle and their no way after given the officers license and insurance and nothing came back such as warrant or out of state detainers .**

**Plaintiff states he was falsely arrested by an officer without probable cause .**

**The officers were racial profiling and incident to arrest which probable cause derived from was dismissed because the officer knew the violated clearly established law pursuant to Terry vs Ohio Supra and Mapp vs Ohio , Supra .**

**The plaintiffs state this has become the normal procedure against African American .**

**The Body camera footage will show these facts are true and that I was illegally detained and falsely arrest .**

**The plaintiff white states he wasn't doing anything that gave the officers probable cause .**

**RELIEF SOUGHT**

1. **PLAINTIFF'S SEEKS 1 MILLION COMPENSATORY DAMAGES FROM EACH .**
2. **PLAINTIFF'S SEEKS 1 MILLION PUNITIVE DAMAGES EACH**
3. **PLAINTIFF'S SEEKS 1 MILLION MENTAL ANGUISHED**
4. **ANY OTHER RELIEF THIS COURT DEEMS JUSTICE .**
5. **SEEKING COUNSEL UNDER TRUAL BAR OBLIGATIONS.**

**RESPECTFULLY SUBMITTED**
**ERVIN , SHABARD L**
**DEBORIS WHITE**

11/8/24

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS
EASTERN DIVISION

ERVIN SHABARD L
DEBORIS WHITE

VS

VILLAGE OF FOREST PARK et., al

CIVILNO : 24-cv-06111

NOTICE OF FILING

PLEASE TAKE NOTICE I HAVE SERVED UPON THE CLERK VIA HAND MAIL 4 copies off the following : AMENDED COMPLAINT SIGNED AND IFP FORM .

1. NOTICE OF FILING
2. AMENDED COMPLAINT
3. IFP FORM

RESPECTFULLY SUBMITTED
ERVIN SHANARD L

11/8/24